# UNITED STATES DISTRICT COURT

## Western District of Missouri

*JUDGMENT IN A CIVIL CASE*

JACK FARMER,

      Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration

      Defendant.

Case Number: 12-5086 -CV-SW-MJW

_   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x   Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED – that the decision of the Commissioner is affirmed.

ENTERED ON: August 28, 2013

                                          ANN THOMPSON
                                          Court Executive

                                          *L. Bax*

                                          (By) Deputy Clerk